UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ANTHONY HUNTER, on his behalf and as parent of his minor daughter, A.H., <br><br> Plaintiffs, <br><br> v. <br><br> THE DISTRICT OF COLUMBIA, a municipal corporation, <br><br> THE COMMUNITY PARTNERSHIP FOR THE PREVENION OF HOMELESSNESS, <br><br> COALITION FOR THE HOMELESS, <br><br> and <br><br> COMMUNITY OF HOPE <br><br> Defendants. | Civil Action No. 12-1960 (GK) |

### ORDER

Plaintiff Anthony Hunter ("Hunter") and his minor daughter A.H.[1] (collectively, "the Hunters") filed this action against the District of Columbia ("the District" or "D.C."), the Community Partnership for the Prevention of Homelessness ("the Partnership"), the Coalition for the Homeless ("the Coalition"), and Community of Hope ("COH") (collectively, "Defendants"). The Hunters allege that Defendants violated various federal and local anti-discrimination statutes and were negligent.

---

[1] Pursuant to Local Civil Rule 5.4(f)(2), Hunter's daughter will be referred to by her initials in order to protect her privacy.

This matter is presently before the Court on the District's Motion to Dismiss Plaintiffs' First Amended Complaint [Dkt. No. 65] and COH's Motion to Dismiss Plaintiffs' First Amended Complaint [Dkt. No. 66]. Upon consideration of the Motions, Oppositions [Dkt. Nos. 73 and 74], Replies [Dkt. Nos. 77 and 80], the United States of America's Statement of Interest [Dkt. No. 79], the Responses to the United States' Statement of Interest [Dkt. Nos. 93 and 94], the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that the District's Motion to Dismiss shall be **granted in part** as to Counts V, VI, and VII, the portion of Count II brought under 42 U.S.C. § 3604(f)(1), and the portion of Count IV brought under D.C. Code § 2-1402.21(d)(1), and **denied in part** as to all other arguments; and it is further

**ORDERED**, that Defendant COH's Motion to Dismiss shall be **granted in part** as to Count V, the portion of Count II brought under 42 U.S.C. § 3604(f)(1) and the portion of Count IV brought under D.C. Code § 2-1402.21(d)(1), and **denied in part** as to all other arguments; and it is further

**ORDERED**, that Defendants the District and the Partnership shall respond to the Community of Hope's cross-claim within **14**

**days** as previously ordered in the Court's Minute Order of March 27, 2013; and it is further

**ORDERED**, that Defendants COH, the Coalition, and the Partnership shall respond to the District of Columbia's cross-claim within **14 days** as previously ordered in the Court's Minute Order of April 11, 2013; and it is further

**ORDERED**, that the parties shall submit a Joint Meet and Confer Statement pursuant to Rule 16.3 of the Local Rules and Fed. R. Civ. P. 26(f) and 1 no later than **October 6, 2014**. For details regarding the Statement, please refer to the initial Order Setting Initial Scheduling Conference [Dkt. No. 12].

**ORDERED**, that the parties shall appear for an Initial Scheduling Conference on **October 14, 2014, at 10:15 a.m.** in Courtroom 26A; and it is further

August 18, 2014

/s/ Gladys Kessler
Gladys Kessler
United States District Judge

**Copies to:** attorneys on record via ECF